**Michael F. SCHULZE, Plaintiff–Appellant,**

**and**

**Gerardo Gonzalez, Plaintiff,**

v.

**Dwight C. RATLEY; Shannon D. Davis; Gerald M. Del Re; James A. Edwards; Pamela D. Major; Raymond A. Simmons; Darlene Drew; Unknown Officers, of the Federal Prisons; Federal Bureau of Prisons; J. Comstock; Anderson, Defendants–Appellees.**

No. 12–7771.

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2013.

Decided: April 2, 2013.

Michael F. Schulze, Appellant pro se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before DAVIS, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael F. Schulze appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion for summary judgment in this action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the court's order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Schulze v. Ratley,* No. 6:11–cv–00941–JFA (D.S.C. Sept. 11, 2012; Oct. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*